**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Cherie N Smith                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-10449 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 and index same on the master mailing list.

                                                 Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
05 Feb 2025, 19:24:32, EST

                     KML Law Group, P.C.
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106-1532
                     (215) 627-1322