

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA


IN PROCEEDINGS:

2510449


DEBTOR(S):

CHERIE N SMITH


WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 3 IN THE AMOUNT OF $492.12


CREDITOR'S SIGNATURE:

/s/Lorel Thompson

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884


DATE:

4/9/2025