**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Cherie N Smith | CHAPTER 13 |
| Debtor | |
| | |
| Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 | NO. 25-10449 PMM |
| Moving Party | |
| vs. | |
| | |
| Cherie N Smith | |
| Debtor | 11 U.S.C. Section 362 |
| | |
| Kenneth E. West | |
| Trustee | |

**ORDER**

AND NOW, this __6th__ day of __August_____, 2025 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_

_____

Hon. Patricia M. Mayer
United States Bankruptcy Judge