UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>CHERIE N SMITH<br><br>Debtor | Chapter 13<br>Case No. 25-10449-PMM |
| BRIDGECREST ACCEPTANCE CORPORATION<br><br>Movant<br><br>v.<br><br>CHERIE N SMITH<br>(Debtor)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | |

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) AND FOR ENTRY OF ORDER WAIVING THE PROVISION OF FED. R. BANKR. P. 4001(a)(4)

NOW COMES Bridgecrest Acceptance Corporation, a secured creditor in the above-captioned bankruptcy case, by its counsel, Orlans Law Group PLLC, as and for a motion pursuant to 11 U.S.C. § 362(d)(1) and Fed. R. Bankr. P. 4001(a)(4), seeking an Order granting relief from the Automatic Stay in order to obtain possession and dispose of its collateral, namely one 2016 Mercedes-Benz C-Class and states the following as grounds therefore:

1. This Court has jurisdiction over this matter under 28 U.S.C. §§ 1334(b) and § 157(a) and 11 U.S.C. § 362(d).  Upon information and belief, this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

2. On February 3, 2025, the Debtor, above-named, filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code.

3. Bridgecrest Acceptance Corporation (the "Creditor") is a secured creditor and the holder of a duly perfected security interest in one (1) 2016 Mercedes-Benz C-Class VIN No. 55SWF4KBXGU160699 (the "Vehicle") pursuant to a Retail Installment Sale Contract (the "Contract"), a retail installment contract between the Debtor and DriveTime CarSales Company, LLC (the "Seller"), entered into on September 22, 2023, whereby the Debtor agreed to pay a total of $47,673.15 in 152 monthly payments in connection with the purchase of the Vehicle. The Vehicle is owned by, and upon information and belief is in the possession and control of the Debtor. True and correct redacted versions of the Contract and Proof of Lien Perfection are attached as Exhibits "A" and "B", respectively.

4. Pursuant to 11 U.S.C. § 362(d)(1), upon request of a party in interest, the Court shall grant relief from the automatic stay for cause, including lack of adequate protection of an interest in property of such party in interest.

5. As of July 29, 2025, the net total balance due on the obligation to Creditor was $25,373.83.

6. As of July 29, 2025, the Debtor is in default of the payment obligations to the Creditor pursuant to the terms and conditions of the Contract in the amount of $2,183.64 in which post-petition delinquency is $1,789.08 and pre-petition arrearage is $394.56.

7. That Creditor has ascertained that the clean value of the Vehicle is $15,450.00 based on N.A.D.A. Used Car Guide's estimated value of the Vehicle. A copy of the N.A.D.A. Guide for valuation of the Vehicle is attached hereto as Exhibit "C".

8.  Upon information and belief, there is no other encumbrance affecting the Vehicle, and there is no other collateral securing the indebtedness.

9.  Upon information and belief, the Debtor continues to enjoy the use and possession of the Vehicle subjecting same to normal occupational wear and tear thereby causing of the Vehicle to depreciate in value. It is respectfully submitted that the continued use of the Vehicle shall eventually render it useless thereby causing Bridgecrest Acceptance Corporation irreparable damage to its interests in same.

10. It is respectfully asserted that the Creditor's interest in the Vehicle will not be adequately protected if the automatic stay is allowed to remain in effect.

11. Accordingly, sufficient cause exists to grant the Creditor relief from the automatic stay.

WHEREFORE, the Creditor, Bridgecrest Acceptance Corporation, respectfully requests that the Court issue an Order, pursuant to 11 U.S.C. §362(d), either:

a.  Granting the Creditor relief from the automatic stay in order to obtain possession and dispose of the Vehicle, the entry of which order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(4); and

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

      b.  For such other and further relief as the Court may deem just and proper.

Date: August 12, 2025

                                          Respectfully Submitted,

                                          _____*/s/Eliza Garifullina*_____
                                          Michele M. Bradford, Esq. PA 69849
                                          Eliza Garifullina, Esq. PA 336983
                                          Orlans Law Group PLLC
                                          Attorney for Bridgecrest Acceptance Corporation
                                          200 Eagle Road, Bldg 2, Suite 120
                                          Wayne, PA 19087
                                          (484) 367-4191
                                          Email: mbradford@orlans.com
                                          egarifullina@orlans.com
                                          File Number: 25-009448