## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Cherie N Smith | |
| Debtor(s) | CHAPTER 13 |
| | |
| Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1, its successors and/or assigns | |
| Movant | NO. 25-10449 PMM |
| vs. | |
| Cherie N Smith | |
| Debtor(s) | |
| | |
| Kenneth E. West | |
| Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1, which was filed with the Court on or about March 14, 2025.

Dated: August 18, 2025

Respectfully submitted,

/s/Matthew Fissel
Matthew Fissel, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
mfissel@kmllawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:Cherie N Smith

                                                    Debtor(s)

**BK NO. 25-10449 PMM**

**Chapter 13**

**Wilmington Trust, National Association
not in its individual capacity but solely as
Owner Trustee of OSAT Trust 2021-1**
                                                    **Movant**
                    **vs.**

**Cherie N Smith**

                                                    **Debtor(s)**

**Kenneth E. West**

                                                    **Trustee**

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 8/19/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw


    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 8/19/2025

                                        **/s/ Matthew Fissel**
                                        Matthew Fissel, Esquire
                                        Attorney I.D. 314567
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        201-549-2363
                                        bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Cherie N Smith<br>1605 W. 7thStreet<br>Chester, PA 19013 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Brad J Sadek<br>1500 JFK Boulevard<br>Ste 220<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13<br>Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |