UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>CHERIE N SMITH<br><br>Debtor | Chapter 13<br>Case No. 25-10449-PMM |
| BRIDGECREST ACCEPTANCE CORPORATION<br><br>Movant<br><br>v.<br><br>CHERIE N SMITH<br>(Debtor)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | Doc. No. 28 |

## CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that, as of the date hereof, I have received no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay (the "Motion"), filed on August 12, 2025 (Docket No.28) by Bridgecrest Acceptance Corporation, and hereby respectfully request that the Order attached to the Motion be entered by the Court.

Date: September 4, 2025

Respectfully Submitted,

*/s/ Elizabeth A. Trachtman*
Eliza Garifullina, Esq. PA 336983
Michele M. Bradford, Esq. PA 69849
Elizabeth A. Trachtman, Esq. PA 333427
Orlans Law Group PLLC
Attorney for Bridgecrest Acceptance Corporation
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087

(484) 367-4191
Email: egarifullina@orlans.com
mbradford@orlans.com
etrachtman@orlans.com
File Number: 25-009448