UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

IN RE:

CHERIE N SMITH

Debtor

|  |  |
|---|---|
| | Chapter 13 |
| | Case No. 25-10449-PMM |

BRIDGECREST ACCEPTANCE
CORPORATION

Movant

v.

CHERIE N SMITH
(Debtor)

KENNETH E. WEST
(Trustee)

Respondents

## **CERTIFICATE OF SERVICE**

I, Elizabeth A. Trachtman, Attorney of Orlans Law Group PLLC, do hereby certify that on September 4, 2025, I caused to be served a copy of Certificate of No Reponse on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: September 4, 2025

Respectfully Submitted,

*/s/ Elizabeth A. Trachtman*
Eliza Garifullina, Esq. PA 336983
Michele M. Bradford, Esq. PA 69849
Elizabeth A. Trachtman, Esq. PA 333427
Orlans Law Group PLLC
Attorney for Bridgecrest Acceptance
Corporation
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: egarifullina@orlans.com
mbradford@orlans.com

etrachtman@orlans.com
File Number: 25-009448

<u>VIA US MAIL</u>

Cherie N Smith, Debtor
1605 W. 7th Street
Chester, PA 19013

<u>VIA ECF</u>

BRAD J. SADEK, Esq. on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee