United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Cherie N Smith

     Debtor

Case No. 25-10449-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 18, 2026 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cherie N Smith, 1605 W. 7th Street, Chester, PA 19013-3061 |
| 15026669 | + | Bridgecrest Acceptance Corporation, C/O Elizabeth A. Trachtman, 200 Eagle Rd, Bldg. 2 Suite 120, Wayne, PA 19087-3115 |
| 15004436 | + | Chester Water Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15004435 | + | Chester Water Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 14974733 | + | Delaware Co. Regional Water Quality Con., PO Box 999, Chester, PA 19016-0999 |
| 14974738 | | Portnoff Law Associates, Ltd., PO Box 3020, Norristown, PA 19404-3020 |
| 14974744 | | VERIZON, ATTN Bankruptcy TRANSWORLD SYSTEMS INC., PO Box 15130, Wilmington, DE 19850-5130 |
| 14975900 | + | Wilmington Trust National Association, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 19 2026 01:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2026 01:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 19 2026 01:43:52 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14975426 | + | Email/Text: bankruptcy@acacceptance.com | Mar 19 2026 01:38:00 | American Credit Acceptance, 961 East Main St, 961 East Main St, Spartanburg, SC 29302-2149 |
| 14974728 | | Email/Text: kwalters@autotrakk.com | Mar 19 2026 01:38:00 | Auto Trakk LLC, Attn: Bankruptcy Department, 1500 Sycamore Rd, Ste 200, Montoursville, PA 17754-9416 |
| 14986351 | + | Email/Text: kwalters@autotrakk.com | Mar 19 2026 01:38:00 | Auto Trakk, LLC, 342 Fairfield Road, Montoursville, PA 17754-8315 |
| 14974729 | | Email/Text: rm-bknotices@bridgecrest.com | Mar 19 2026 01:38:00 | Bridgecrest Acceptance Corp, PO Box 53087, Phoenix, AZ 85072-3087 |
| 14991953 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 19 2026 01:43:47 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14975783 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 19 2026 01:43:53 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14974730 | | Email/Text: megan.harper@phila.gov | Mar 19 2026 01:38:00 | City of Philadelphia, Tax Unit Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 14974732 | | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 19 2026 01:38:00 | Credit Collection Services, Attn: Bankruptcy, 725 |

Case 25-10449-pmm   Doc 51   Filed 03/20/26   Entered 03/21/26 00:39:31   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2026 | Form ID: pdf900 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | Canton St, Norwood, MA 02062-2679 |
| 14974734 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2026 01:43:59 | First Access Bank of Missouri, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14974735 | ^ MEBN | | Mar 19 2026 01:32:12 | Genesis Fs Card Services Inc., Attn: Bankruptcy, 1800 Route 34N, Ste 305, Wall, NJ 07719-9146 |
| 14990840 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2026 01:43:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14974736 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2026 01:43:48 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14995678 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2026 01:43:48 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14974737 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2026 01:38:00 | Pennsylvania Department of Revenue, Department 17128-0001 |
| 14974739 | | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 19 2026 01:38:00 | Progressive, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14974740 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 19 2026 01:38:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14997304 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 19 2026 01:38:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14974741 | | Email/Text: bankruptcydepartment@tsico.com | Mar 19 2026 01:38:00 | Transworld, ATTN Bankruptcy TRANSWORLD SYSTEMS INC., PO Box 15130, Wilmington, DE 19850-5130 |
| 14974742 | | Email/Text: bnc_4301@velocityrecoveries.com | Mar 19 2026 01:38:00 | Velocity Investments, LLC, Attn: Bankruptcy, 1800 Route 34N, Ste 305, Wall, NJ 07719 |
| 14974743 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 19 2026 01:38:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 14994076 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 19 2026 01:43:53 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14975778 | ^ MEBN | | Mar 19 2026 01:32:01 | Wilmington Trust, National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15033724 | | City of Philadelphia Law Department, Tax Litigation & Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, S |
| 14974731 | | Credit Acceptance Corporation |
| 14974745 | | Westlake Services LLC |
| cr | *+ | Chester Water Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PYOD LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2                               User: admin                                      Page 3 of 3
Date Rcvd: Mar 18, 2026                            Form ID: pdf900                                  Total Noticed: 33

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Cherie N Smith brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Trust  National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 bkgroup@kmllawgroup.com |
| ELIZA GARIFULLINA | on behalf of Creditor Bridgecrest Acceptance Corporation ANHSOrlans@InfoEx.com |
| Elizabeth Trachtman | on behalf of Creditor Bridgecrest Acceptance Corporation ANHSOrlans@InfoEx.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Chester Water Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor Wilmington Trust  National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Wilmington Trust  National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :

    Cherie N Smith                          :          **Chapter 13**

                                           :

        Debtor                              :          **Bky. No. 25-10449-PMM**

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

   (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

   (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:**
**March 17, 2026**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**