United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-10449-pmm

Cherie N Smith                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                          Page 1 of 2

Date Rcvd: Apr 24, 2026                       Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Cherie N Smith, 1605 W. 7th Street, Chester, PA 19013-3061

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:

**Name**                          **Email Address**

BRAD J. SADEK
                                  on behalf of Debtor Cherie N Smith brad@sadeklaw.com
                                  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

ELIZA GARIFULLINA
                                  on behalf of Creditor Bridgecrest Acceptance Corporation ANHSOrlans@InfoEx.com

Elizabeth Trachtman
                                  on behalf of Creditor Bridgecrest Acceptance Corporation ANHSOrlans@InfoEx.com

JAMES RANDOLPH WOOD
                                  on behalf of Creditor Chester Water Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JORDAN MATTHEW KATZ
                                  on behalf of Creditor Wilmington Trust  National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 jkatz@raslg.com

KENNETH E. WEST

District/off: 0313-2                            User: admin                                        Page 2 of 2
Date Rcvd: Apr 24, 2026                         Form ID: pdf900                                    Total Noticed: 1

                  ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL

on behalf of Creditor Wilmington Trust  National Association not in its individual capacity but solely as Owner Trustee of OSAT
Trust 2021-1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee

                  USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
**Cherie N Smith,**

                                    :          **Chapter 13**
                                    :
                                    :
        **Debtor.**          :          **Bky. No. 25- 10449 (PMM)**

## O R D E R

        **AND NOW**, **WHEREAS**:

A.  The Debtor's counsel Brad Sadek, Esq. ("the Applicant") has filed an Application for Allowance of Compensation (doc. #52, "the Application").

B.  The Application is being considered following the dismissal of this case, consistent with In re Lewis, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

C.  The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

D.  Reasonable and allowable compensation is allowed to the Applicant in the amount of $4,725.00.

E.  It is therefore, **ORDERED** that:

1.  The Application is **GRANTED**.  The Trustee is authorized to pay counsel **$2,860.00 (the allowed  amount minus the $1,865.00 received pre-petition)**.

2.  The Chapter 13 Trustee  is authorized and directed to distribute the allowed amounts to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

Dated: 4/24/26

        **PATRICIA M. MAYER**
        **U.S. BANKRUPTCY JUDGE**